# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ELIZABETH PARKER, | : | Case No. 3:11-cv-70 |
| Plaintiff, | : | |
| | | District Judge Thomas M. Rose |
| - vs - | : | Magistrate Judge Michael J. Newman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael J. Newman (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the matter be remanded to the Commissioner under the fourth sentence of 42 U.S.C.§ 405(g) for proceedings consistent with this opinion and the case be closed upon the record. The clerk to enter judgment accordingly.

March 2, 2012              *s/THOMAS M. ROSE*

                                            Thomas M. Rose
                                            United States District Judge