# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ELIZABETH PARKER, | : | Case No.  3:11-cv-70 |
| Plaintiff, | : | |
| | | District Judge Thomas M. Rose |
| - vs - | : | Magistrate Judge Michael J. Newman |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael J. Newman (Doc. #18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Plaintiff's initial application for EAJA fees and costs (doc. 15) be found **MOOT AND DENIED;** the stipulation for EAJA fees and costs (doc. 16), be **GRANTED,** and Plaintiff be **AWARDED** the sum of $3,200.00 in EAJA fees and costs; and this case be **TERMINATED** upon the docket of the court.  The clerk to enter judgment accordingly.

May 24,  2011                                            *s/THOMAS M. ROSE*

                                                                            Thomas M. Rose
                                                                            United States District Judge